## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR245** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **CHARLES E. WIIG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motions to show cause why the Defendant should not be held in contempt ("show cause" motion) (Filing No. 5) and to withdraw the "show cause" motion (Filing No. 20).

IT IS ORDERED:

1. The government's motion to withdraw (Filing No. 20) its "show cause" motion is granted; and

2. The government's motion to show cause why the Defendant should not be held in contempt (Filing No. 5) is deemed withdrawn.

DATED this 5th day of August, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge