IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR245 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHARLES E. WIIG, | ) | |
| | ) | |
| Defendant. | ) | |

A hearing was held on September 20, 2005 on defendant's Request for New Counsel [27]. The court found there exists irreconcilable differences between the defendant and his counsel. Therefore, the motion is granted and the court shall appoint a CJA panel attorney.

IT IS ORDERED:

1. That the defendant's Request for New Counsel [27] is granted.

2. Shannon P. O'Connor is given leave to withdraw and shall be terminated as attorney of record.

3. The court will appoint a CJA panel attorney by separate order.

DATED this 21st day of September, 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge