IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:98CR231** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **CHARLES E. WIIG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to file objections to the Presentence Investigation Report out of time (Filing No. 37).

IT IS ORDERED:

1. The Defendant's motion to file objections to the Presentence Investigation Report out of time (Filing No. 37) is granted; and

2. The objections are filed (Filing No. 37, attachment).

DATED this 14th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge