IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR245 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHARLES E. WIIG, | ) | |
| Defendant. | ) | |

This matter is before the Court on the following motions filed by the Defendant, Charles E. Wiig: the memorandum brief, considered as a motion pursuant to 28 U.S.C. § 2255 (Filing No. 71); for leave to proceed in forma pauperis (Filing No. 72); and to dismiss the pending § 2255 motion (Filing No. 73).

IT IS ORDERED:

1. The Defendant's motion to dismiss (Filing No. 73) the § 2255 motion is granted;

2. The memorandum brief, considered as a § 2255 motion (Filing No. 71), is dismissed;

3. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 72) is denied as moot; and

4. The Clerk shall mail a copy of this Order to the Defendant at his last known address.

DATED this 22nd day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge