IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | REVISED ORDER |
| | ) | |
| CHARLES E. WIIG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to reinstate his motion filed pursuant to 28 U.S.C. § 2255 (Filing No. 75).  Because, as the Defendant indicated, the signature on the motion to dismiss (Filing No. 73) does not match his own,

IT IS ORDERED:

1.    The order at filing no. 76 is stricken so that the Court may correct a reference in paragraph 3 of that order;

2.    The Defendant's motion to reinstate his motion filed pursuant to 28 U.S.C. § 2255 (Filing No. 75) is granted;

3.    The previous order granting the motion to dismiss and the motion for leave to proceed in forma pauperis (Filing No. 74) is hereby vacated;

4.    The Clerk is directed to reinstate Filing No. 71, filed as a brief in support of a § 2255 motion but considered by the Court as the Defendant's § 2255 motion; and

5.    The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 17th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge