IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR245** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **CHARLES E. WIIG,** | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing Nos. 71, 78);

2. Upon initial review, the Court summarily dismisses the Defendant's claims raised in the § 2255 motion;

3. The Clerk is directed to send Shannon P. O'Connor, First Assistant Federal Public Defender, notice of this Judgment; and

4. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 14th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge