# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR245** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **CHARLES E. WIIG,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 101).

IT IS ORDERED that the Defendant's motion for reconsideration (Filing No. 101) is denied.

DATED this 27th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge