# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES E. WIIG,<br><br>        Defendant. | 8:05CR245<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on two Motions Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motions"), ECF No. 135, ECF No. 138, filed by the Defendant, Charles Wiig. The Defendant's § 2255 Motions are successive motions. (See ECF Nos. 71, 73, 75, 115.)

When a second or successive § 2255 motion is filed:

> A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain–
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255(h).

Because the Defendant has not obtained certification from the U.S. Court of Appeals for the Eighth Circuit to file his successive § 2255 Motions, the Motions will be denied.

THEREFORE, IT IS ORDERED:

1.  That the Court has reviewed the Defendant's successive Motions under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motions"), ECF No. 135, ECF No. 138;

2.  For the reasons stated above, the § 2255 Motions, ECF No. 135, ECF No. 138, will be summarily dismissed; and

3.  A separate Judgment will be entered.

Dated this 23rd day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge