# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES E. WIIG<br><br>    Defendant. | 8:05CR245<br><br>JUDGMENT |

For the reasons discussed in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has reviewed the Defendant's successive Motions under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (§ 2255 Motions"), ECF No. 135, ECF No. 138;

2. The § 2255 Motions are summarily dismissed.

Dated this 23rd day of June, 2017.

             BY THE COURT:

             s/Laurie Smith Camp
             Chief United States District Judge