IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:05CR245** |
| v. | |
| CHARLES E. WIIG, | **ORDER** |
| Defendant. | |

This matter is before the Court on its own motion.  On February 11, 2021, Charles E. Wiig ("Wiig") filed a Motion for Compassionate Release or a Reduction in Sentence (Filing No. 153) pursuant to 18 U.S.C. § 3582(c).  The Court appointed counsel for Wiig and directed the U.S. Probation and Pretrial Services Office (the "Probation Office") to investigate Wiig's request for sentencing relief (Filing No. 155).  Upon further review of Wiig's motion and supporting materials, the Court believes that further briefing by the parties based on Wiig's request is necessary.  The Probation Office need not complete a compassionate release investigation at this time.  The Court orders the parties to submit briefs on Wiig's Motion for Compassionate Release, as follows:

IT IS ORDERED:

1.  Within twenty-one days of the date of this Order, the Federal Public Defender for the District of Nebraska shall file a brief addressing Wiig's request for sentencing relief and provide any evidence necessary to the Court's disposition of his motion.

2.  The government shall file a responsive brief and materials within fourteen days of the date of the Federal Public Defender's brief.

3.  Absent an extension or other request from the parties, the motion shall be deemed fully briefed and submitted as of the date of the government's response.

Dated this 8th day of March 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge