IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:05CR245 |
| v. | |
| CHARLES E. WIIG, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Charles E. Wiig's ("Wiig") Unopposed Motion to Continue Notice of Appeal Deadline (Filing No. 176). Noting that good cause has been shown, and further noting that the government does not object to the motion, defendant's motion is granted, and defendant is given until on or before March 23, 2022, in which to file a Notice of Appeal.

IT IS SO ORDERED.

Dated this 2nd day of March 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge