IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES E. WIIG,<br><br>Defendant. | 8:05CR245<br><br>ORDER |

On May 6, 2024, the court held a hearing on the motion of Attorney Richard P. McGowan to withdraw as counsel for the defendant, Charles E. Wiig. (Filing No. 199). After inquiry of the Defendant and his counsel the court granted Richard P. McGowan's motion to withdraw (Filing No. 199).

James J. Regan, 6035 Binney Street, Omaha, NE 68104, (402) 341-2020, is appointed to represent Charles E. Wiig for the balance of these proceedings pursuant to the Criminal Justice Act. Richard P. McGowan shall forthwith provide James J. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Richard P. McGowan which are material to Charles E. Wiig's defense.

The clerk shall provide a copy of this order to James J. Regan and the defendant.

Dated this 6th day of May, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge