IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CHARLES E. WIIG,<br><br>      Defendant. | 8:05CR245<br><br>ORDER |

Before the Court is the request for transcript of proceedings held on May 9, 2024, and July 31, 2024.[1] (Filing No. 227).

IT IS ORDERED:

1. The request for transcript, filing [227] is granted, in part. Upon receipt of pre-payment, a transcript of the proceedings held on May 16, 2024, may be prepared.

2. Charles Wiig, is advised that the cost of the transcript is $160.60. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $160.60, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the proceedings held on May 16, 2024. A copy of this order should also be mailed to Charles Wiig.

DATED: September 3, 2024

                     BY THE COURT:

                     s/ Michael D. Nelson
                     United States Magistrate Judge

---

[1] The combined preliminary and detention hearing was held on May 16, 2024. The final disposition hearing was held on July 31, 2024, and a judgment was entered on that date—the defendant will be separately advised of the cost for preparation of a transcript of that proceeding by a court reporter.