IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHARLES E. WIIG,<br><br>  Defendant. | 8:05CR245<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 267), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Justin A. Quinn, 209 South 19th Street, Suite 540, Douglas Building, Omaha, NE 68102, (402) 346-2500, is appointed to represent Charles E. Wiig for the balance of these proceedings pursuant to the Criminal Justice Act. James R. Kozel shall forthwith provide Justin A. Quinn any discovery materials provided to the defendant by the government and any such other materials obtained by James R. Kozel which are material to Charles E. Wiig's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Justin A. Quinn.

DATED this 20th day of February, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge