IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | 8:5CR245 |
| vs. | |
| | |
| CHARLES E. WIIG | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for a copy of his Docket Sheet and the Judgment and Commitment Order to prepare legal documents including but not limited to 28 U.S.C. 2255 (Habeas Corpus Petition), and/or Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). (Filing No. 294).

The defendant does not have the right to receive copies of documents without payment, even if he is indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980); *Jacobs v. Woodall,* No. 2:09-CV-713-TMH, 2012 WL 607660, at *3 (M.D. Ala. Jan. 27, 2012), report and recommendation adopted, No. 2:09-CV-713-TMH, 2012 WL 607658 (M.D. Ala. Feb. 27, 2012). The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The documents he has requested—the judgment and docket sheet—total 38 pages for a total cost of $19.00, which must be prepaid when the copies are requested.

IT IS ORDERED:

1. That the defendant's MOTION for Copies is denied. (Filing No. 294).

2. The Clerk of the Court is directed to mail a copy of this order to the defendant at the address he provided in the motion:

> Charles Wiig #15749-047
> U.S.P. Leavenworth
> P.O. Box 1000
> Leavenworth, KS 66048

Dated this 15th day of August, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge